UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK WHITE,<br><br>     Plaintiff,<br><br>v.<br><br>MARVIN MOSLEY, *et al*.,<br><br>     Defendants. | Case No. 24-10506<br>Honorable Denise Page Hood<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER VACATING ORDER REQUIRING DEFENDANT MOSLEY TO ANSWER COMPLAINT

Plaintiff Mark White brought this action under 42 U.S.C. § 1983 alleging defendants violated his rights under the Eighth and Fourteenth Amendments.  ECF No. 1.  The Honorable Denise Page Hood referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 10.  On January 8, 2025, this Court ordered Defendant Marvin Mosley to answer the complaint.  ECF No. 24.  The Court now **VACATES** as improvidently entered the order for Mosley to answer to complaint.

**IT IS ORDERED.**

                                        s/Elizabeth A. Stafford
                                        ELIZABETH A. STAFFORD
                                        United States Magistrate Judge

Dated: January 13, 2025

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing onJanuary 13, 2025.

                                          s/Davon Allen
                                          DAVON ALLEN
                                          Case Manager